**E-FILED on 08/21/14**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALDO MEDRANO AYALA, | ) | No. C 14-1028 RMW(PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION |
| | ) | FOR EXTENSION OF TIME |
| v. | ) | TO PAY FILING FEE |
| | ) | |
| LIEUTENANT T. AMRHEIN-CONAMA, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | (Docket No. 9) |

Plaintiff, a state prisoner proceeding pro se filed a complaint pursuant to 42 U.S.C. § 1983. On July 3, 2014, plaintiff's motion to proceed in forma pauperis was denied because his average trust account balance for six months was $4999.73. (Docket No. 8.) Plaintiff was directed to pay the $400.00 filing fee within thirty days. Plaintiff has filed a motion requesting an extension of time to pay the filing fee. (Docket No. 9.) Along with his motion, plaintiff submits a copy of a trust account withdrawal order form dated July 10, 2014. (Id.)

Plaintiff's motion is GRANTED. Plaintiff is directed to pay the $400.00 filing fee within thirty days of the filing date of the this order. **Failure to comply will result in dismissal of this case without prejudice.**

IT IS SO ORDERED.

DATED: 8/21/14

RONALD M. WHYTE
United States District Judge

Order Granting Motion for Extension of Time to Pay Filing Fee
P:\PRO-SE\RMW\CR.14\Ayala028eot-filingfee.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RONALDO AYALA,

        Plaintiff,

  v.

AMRHEIN et al,

        Defendant.

Case Number: CV14-01028 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 21, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronaldo Medrano Ayala E10000
San Quentin State Prison
1 Main Street
San Quentin, CA 94974

Dated: August 21, 2014

                                      Richard W. Wieking, Clerk
                                      By: Jackie Lynn Garcia, Deputy Clerk