IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALDO MEDRANO AYALA, | ) | No. C 14-1028 RMW(PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| LIEUTENANT T. AMRHEIN-CONAMA, et al, | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff has paid the filing fee. On September 30, 2014, the court directed plaintiff to file proofs of service within sixty days to show that he properly served the defendants, or show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m). The court further advised plaintiff that it was his responsibility to prosecute this case and that if plaintiff did not comply with the court's orders in a timely fashion, it could result in the dismissal of the action for failure to prosecute.

The sixty day deadline has passed for plaintiff to file proofs of service or show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff has not communicated with the court since August 13, 2014. Accordingly, this action is DISMISSED for failure to prosecute.

Order of Dismissal
P:\PRO-SE\RMW\CR.14\Ayala028dis.wpd

1  IT IS SO ORDERED.
2  DATED: _____                    *Ronald M. Whyte*
3                                         RONALD M. WHYTE
                                          United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order of Service; Directing Defendants to File Disposition Motion
P:\PRO-SE\RMW\CR.14\Ayala028dis.wpd          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RONALDO AYALA,

        Plaintiff,

  v.

AMRHEIN-CONAMA, et al,

        Defendant.

Case Number: CV14-01028 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 19, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronaldo Medrano Ayala E10000
San Quentin State Prison
1 Main Street
San Quentin, CA 94974

Dated: December 19, 2014

                      Richard W. Wieking, Clerk
                      By: Jackie Lynn Garcia, Deputy Clerk