*E-FILED on 12/19/14*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALDO MEDRANO AYALA,<br><br>Plaintiff,<br><br>v.<br><br>LIEUTENANT T. AMRHEIN-CONAMA, et al,<br><br>Defendants. | No. C 14-1028 RMW(PR)<br><br>JUDGMENT |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 12/19/14

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

P:\PRO-SE\RMW\CR.14\Ayala028jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RONALDO AYALA,

        Plaintiff,

  v.

AMRHEIN-CONAMA, et al,

        Defendant.

Case Number: CV14-01028 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 19, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronaldo Medrano Ayala E10000
San Quentin State Prison
1 Main Street
San Quentin, CA 94974

Dated: December 19, 2014

                                      Richard W. Wieking, Clerk
                                      By: Jackie Lynn Garcia, Deputy Clerk